UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CRAIG HAYNES,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:18-01837 |
| v. : | (JUDGE MANNION) |
| **JOHN WETZEL,** *et al.*, : | |
| Defendants : | |

### ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's motion for reconsideration, (Doc. 56), is **DENIED**.

**(2)** As no claims remain, the Clerk of the Court is directed to mark this case **CLOSED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 10, 2022**
18-1837-01-ORDER